AO 440 (Rev. 01/10 Guam) Summons in a Civil Action



FILED
DISTRICT COURT OF GUAM
MAY 06 2014
JEANNE G. QUINATA
CLERK OF COURT

# DISTRICT COURT OF GUAM

Joel Joseph, D.V.M.

    *Plaintiff*

v.

Benjamin Abrams, David Highsmith, James Gillian, Rosanna Rabago, M. Thomas Nadeau, et al.

    *Defendant*

Civil Action No. 14-00005

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M. THOMAS NADEAU
c/o Department of Public Health and Social Services
Division of Environmental Health
123 Chalan Kareta
Mangilao, Guam 96913-6304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMPSON GUTIERREZ & ALCANTARA, LLC
238 Archbishop Flores Street, Suite 801
Hagatna, Guam 96910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: APR 18 2014

*Signature of Clerk or Deputy Clerk*

ORIGINAL

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Thomas Nadeau__

was received by me on *(date)* __5/5/14__.

☑ I personally served the summons on the individual at *(place)* __Dept. of Public Health & Social Service Division of Environmental Health__ on *(date)* __5/5/14__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

__CHARLES T. DAMIAN  Process Server__
*Printed name and title*

__#124 Hugia St. Mangilao Gu__
*Server's address*

Additional information regarding attempted service, etc:

Ⓟ _____
Print: __M. T. Nadeau__
Date: 5/5/14  Time: 10:16 am
Address: 123 Chalan Kanta
        Mangilao, GU 96923
(W) 735-7271