**LUJAN & WOLFF, LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064

Co-counsel for Plaintiff


**THOMPSON THOMPSON & ALCANTARA, P.C.**
238 Archbishop Flores Street, Suite 801
Hagåtña, Guam 96910
Telephone: (671) 472-2089
Facsimile: (671) 477-5206

Co-counsel for Plaintiff

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JOEL JOSEPH, D.V.M., ) | **CIVIL CASE NO. CV14-00005** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF** |
| ) | **JOEL JOSEPH, D.V.M.** |
| BENJAMIN ABRAMS, DAVID ) | |
| HIGHSMITH, JAMES GILLIAN, ) | |
| ROSANNA RABAGO, M. THOMAS ) | |
| NADEAU, AND DOES I THROUGH L, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, JOEL JOSEPH, D.V.M. hereby declare that:

1. I am over 18 years of age, competent to testify, and the facts stated herein are based on my personal knowledge.

2.     Attached hereto as "Exhibit 1" is a copy of the letter from the Guam Board of Allied Health Examiners ("Board") dated September 26, 2012, which I received in 2012. "Exhibit 1" is a true and correct copy of the letter which I received, except for the line circling a portion of the letter, which I annotated to the letter.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Hagatna, Guam, on August 31, 2015.

_____
JOEL JOSEPH, D.V.M.

P153246.MFT

2



# Guam Board Of Allied Health Examiners
**HEALTH PROFESSIONAL LICENSING OFFICE**
*Department of Public Health & Social Services*
Telephone: (671) 735-7408/7411

SEP 2 6 2012

Dear Licensee:

All licenses issued by the Board of Allied Health Examiners (GBAHE) expire biennially on December 31st of each even numbered year. Your current license expires on December 31, 2012.

For license renewal, you are required to complete the following:
1) Renewal Form (attached) **notarized**;
2) Proof of thirty (30) contact hours of continuing education (CE). Physician Assistant and Podiatry require fifty (50) contact hours of CE;
3) Proof of payment for renewal application;
4) Submit to the Health Professional Licensing Office the renewal application and receipt of payment as soon as possible or **by** November 30, 2012.

The Board will be meeting on the first Friday of December, 2012 to review all renewals. In the event that there are questions concerning your renewal application, you are then provided adequate time to submit any deficiency.

In complying with the Allied Health Practice Act* (10 GCA, Chapter 12, Article 8), you are responsible for:
1) Informing the Board of any change in name (Certified copy of evidencing the change), address (mailing and practice), or email address.
2) Notify the Board, in writing, of the loss of a current license.
3) Keeping a signed current license in your possession.
4) Conspicuously display your license in office(s) where you regularly practice.
5) You are expected to act professionally and ethically (10 GCA, Chapter 12, Section 12811 Professional Conduct.) Please also refer to your professional association's Code of Conduct and Code of Ethics.
6) A licensee found practicing after the expired date is deemed in violation of the Allied Health Practice Act (§12813).

Please contact the Health Professional Licensing Office (HPLO), telephone number (671) 735-7406-8, if you have any questions. Office hours are Monday to Friday 8:00 to 11:00 a.m. and 1:00 to 3:00 p.m. GBAHE's contact person is Jane Diego and her email is jane.diego@dphss.guam.gov. *Net search for *Guam Compiler of Laws. Guam Code Annotated, Title 10 Health and Safety, Division 1 Public Health, Chapter 12 Medical Practices, Article 8 Allied Health Practice Act.*

Sincerely,

*[signature]*
Chairperson

Attachments

# EXHIBIT 1

Public Health Center • 123 Chalan Kareta, Mangilao, Guam 96913