**LUJAN & WOLFF, LLP**
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064

Co-counsel for Plaintiff

**THOMPSON THOMPSON & ALCANTARA, P.C.**
238 Archbishop Flores Street, Suite 801
Hagåtña, Guam 96910
Telephone: (671) 472-2089
Facsimile: (671) 477-5206

Co-counsel for Plaintiff

**IN THE DISTRICT COURT OF GUAM**

| | | |
|---|---|---|
| JOEL JOSEPH, D.V.M., | ) | **CIVIL CASE NO. CV14-00005** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BENJAMIN ABRAMS, DAVID HIGHSMITH, JAMES GILLIAN, ROSANNA RABAGO, M. THOMAS NADEAU, AND DOES I THROUGH L, | ) ) ) ) ) | |
| Defendants. | ) ) | |

I hereby certify that I have caused copies of: (a) ***PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION***; and

1  (b) ***DECLARATION OF JOEL JOSEPH, D.V.M.***, filed in the above matter on September 9,
2  2015 to be served upon the following persons via e-service using the CM/ECF system on
3  September 9, 2015.

4       Benjamin M. Abrams:      babrams@guamag.org;
5                                                        bmalaw@gmail.com

6       G. Patrick Civille:      pciville@guamattorneys.com;
7                                                        pciville@civilletang.com;
                                                        mcruz@guamattorneys.com;
                                                        mcruz@civilletang.com;
8                                                         vtorres@civilletang.com

9       Terence E. Timblin:      ttimblin@lexguam.com;
                                                        mmendiola@lexguam.com

12  Dated:   September 9, 2015          By:          /s/
                                                         **VANESSA R. SANTOS-PINKNEY**

14  P153251.MFT

2