IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| Joel Joseph, D.V.M., | ) | Civil Case 14-00005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Benjamin Abrams, James Gillian, Rosanna Rabago, M. Thomas Nadeau, and Does I through L, | ) ) ) ) | |
| Defendants. | ) | |

Upon agreement of the parties, the court hereby schedules a settlement conference for **February 2, 2016 at 9:00 a.m.** before the undersigned in the 4th Floor Jury Deliberation Room. All parties to the litigation or the party's representative with unrestricted settlement authority must attend the settlement conference.

You are invited, but not required, to submit a confidential settlement conference statement, no more than 10 pages in length, typewritten and double spaced, inclusive of any attached exhibits. Parties choosing to submit a settlement statement shall email said statement to the undersigned at alex_munson@nmid.uscourts.gov no later than 3:00 p.m. January 26, 2016 Chamorro Standard Time. DO NOT FILE THE SETTLEMENT STATEMENT WITH THE COURT.

| | |
|---|---|
| 1 | The settlement statement should set forth the party's statement of the case and |
| 2 | should discuss liability, defenses and all damages.  The settlement statement will be |
| 3 | viewed only by the undersigned and will be destroyed at the end of the conference. |
| 4 | |
| 5 | IT IS SO ORDERED this 28th day of December, 2015. |

                                          /s/ Alex R. Munson
                                          ALEX R. MUNSON
                                          Senior Judge