Terence E. Timblin, Esq.
**YANZA • FLYNN • TIMBLIN, LLP**
One Agana Bay
446 East Marine Corps Drive, Suite 201
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
**DAVID HIGHSMITH**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOEL JOSEPH, D.V.M., | CIVIL ACTION NO. 14-00005 |
| Plaintiff, | |
| vs. | DEFENDANT DAVID HIGHSMITH'S REQUEST FOR ORDER OF DISMISSAL; CERTIFICATE OF SERVICE |
| BENJAMIN ABRAMS, DAVID HIGHSMITH, JAMES GILLIAN, ROSANNA RABAGO, M. THOMAS NADEAU and DOE DEFENDANTS I-L, | |
| Defendants. | |

On October 2, 2015, this writer proffered a proposed Stipulation and Order of Dismissal with Prejudice with respect to Defendant DAVID HIGHSMITH ("HIGHSMITH"), signed by counsel for all parties. As of this writing, nothing has been received from the Court indicating that the Order has been signed. HIGHSMITH requests that the Order be signed and filed. All parties are in agreement and this would be convenient to the Court and the remaining parties as this writer could be deleted from the service list.

Respectfully submitted this 12th day of January, 2016.

                                          **YANZA • FLYNN • TIMBLIN, LLP**
                                          Attorney for Defendant **DAVID HIGHSMITH**

                            BY: _____
                                         TERENCE E. TIMBLIN, ESQ.

## CERTIFICATE OF SERVICE

I, TERENCE E. TIMBLIN, hereby certify that on the 12th day of January, 2016, I caused a copy of the annexed **DAVID HIGHSMITHS REQUEST FOR ORDER OF DISMISSAL** to be electronically filed with the Clerk of Court, U.S. District Court of Guam, by using the CM/ECF system.

The following parties in this case are registered to receive electronic service and will be served by the CM/ECF system:

Mitchell F. Thompson, Esq.
**THOMPSON THOMPSON & ALCANTARA**
238 Archbishop Flores Street
Suite 801, DNA Building
Hagåtña, Guam 96910
**Counsel for Plaintiff Joel Joseph, D.V.M.**

Benjamin Abrams
babrams@internationalguamlaw.com

G. Patrick Civille, Esq.
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 300
Hagåtña, Guam 96910
**Counsel for Defendants James Gillan, Rosanna Rabago and M. Thomas Nadeau**

//
//

The following party in the case is not a registered ECF user, and, therefore, a copy will be served by either delivering, faxing, emailing and/or mailing a copy to his office on January 12, 2016:

> David J. Lujan, Esq.
> **LUJAN, AGUIGUI & WOLF, LLP**
> DNA Building, Suite 300
> 238 Archbishop Flores Street
> Hagatña, Guam 96910
> **Co-Counsel for Plaintiff**

Executed at Hagatña, Guam, and this 12th day of January, 2016.

**YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**DAVID HIGHSMITH**

BY: _____
TERENCE E. TIMBLIN, ESQ.