| | |
|---|---|
| 1 | **LUJAN, AGUIGUI & WOLFF, LLP** |
| | DNA Building, Suite 300 |
| 2 | 238 Archbishop Flores Street |
| | Hagåtña, Guam 96910 |
| 3 | Telephone:   (671) 477-8064 |
| 4 | Co-counsel for Plaintiff |
| 5 | |
| 6 | **THOMPSON THOMPSON & ALCANTARA, P.C.** |
| | 238 Archbishop Flores Street, Suite 801 |
| | Hagåtña, Guam 96910 |
| 7 | Telephone:  (671) 472-2089 |
| | Facsimile:   (671) 477-5206 |
| 8 | |
| | Co-counsel for Plaintiff |

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| JOEL JOSEPH, D.V.M., | ) | **CIVIL CASE NO. CV14-00005** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BENJAMIN ABRAMS, DAVID HIGHSMITH, JAMES GILLIAN, ROSANNA RABAGO, M. THOMAS NADEAU, AND DOES I THROUGH L, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

I, **MITCHELL F. THOMPSON**, hereby certify that I have caused a copy of following: **1) PLAINTIFF JOEL JOSEPH'S OPPOSITION TO MOTION TO STAY/CONTINUE PENDING RESOLUTION OF RELATED PROCEEDINGS IN THE**

| | |
|---|---|
| 1 | **GUAM SUPREME COURT; 2) DECLARATION OF MITCHELL F. THOMPSON; and** |
| 2 | **3) DECLARATION OF THELMA R. PEREZ**, filed in the above matter on September 26, |
| 3 | 2016, to be served upon the following persons via e-service using the CM/ECF system on |
| 4 | September 26, 2016: |

      Benjamin M. Abrams:        bmalaw@gmail.com

      G. Patrick Civille:          pciville@guamattorneys.com;
                                          pciville@civilletang.com;
                                          mcruz@guamattorneys.com;
                                          mcruz@civilletang.com;
                                          vtorres@civilletang.com

Dated: September 26, 2016            By:   /s/ MITCHELL F. THOMPSON
                                                                **MITCHELL F. THOMPSON**

P163175.MFT