CASE NO.: CV-14-00005　　　　　　　　　DATE: October 07, 2016
CAPTION: Joseph, D.V.M. v. Abrams

HON. RAMOVA V. MANGLONA, Designated Chief Judge, Presiding
Law Clerk: Richard Miller　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 1:42 - 4:01
CSO: None Present

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mitchell F. Thompson | Benjamin Abrams, Pro se (via telephone) |
|  | G. Patrick Civille for James Gillian |
|  | Rosanna Rabago and M. Thomas Nadeau |

**PROCEEDINGS: Oral Arguments re Objections to Report and Recommendations and Motion to Dismiss; Joint Motion to Stay**

- Court denied the Joint Motion to Stay (EFC no. 86).
- Report and Recommendations (ECF no. 52) re Motion to Dismiss (ECF no. 30) <u>under advisement</u>.

NOTES: