**THOMPSON THOMPSON & ALCANTRA, P.C.**
DNA BUILDING, SUITE 801
238 ARCHBISHOP FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-2089
FACSIMILE: (671) 477-5206
EMAIL: MThompson@ttlaw.net

*Attorneys for Plaintiff*

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
EMAIL: pciville@civilletang.com

*Attorneys for Defendants James Gillan,*
*Rosanna Robago, and M. Thomas Nadeau*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JOEL JOSEPH, D.V.M, | CIVIL CASE NO. 14-00005 |
| Plaintiff, | |
| vs. | **JOINT MOTION REGARDING MOTION TO FILE SECOND AMENDED COMPLAINT** |
| BENJAMIN ABRAMS, JAMES GILLAN, ROSANNA RABAGO, M. THOMAS NADEAU, AND DOES I through L, | |
| Defendants. | |

The parties, having reviewed the Court's Order on Objections to Report and Recommendation, And Defendants Motion to Dismiss [Doc 101], and having met and conferred on how to proceed in this matter, jointly move the Court to adopt the following schedule.

1. On or before **October 12, 2018** Plaintiff shall file a motion to file a second amended complaint.

2. On or before **November 16, 2018** the Defendants shall file a response to plaintiff's motion to amend.

3. On or before **December 7, 2018** the Plaintiff may file a reply in support of his

motion to amend.

      4.   The parties anticipate requesting oral argument on plaintiff's motion to amend. If the Court agrees to permit oral argument, such argument shall be held on a date convenient to the Court.

      5.   In light of the anticipated motion to amend, the Defendants shall not be required to respond to the first amended complaint.

The basis for this joint motion is that the plaintiff intends to file a motion to file a second amended complaint to address one or more of those causes of action which the Court dismissed without prejudice, and to replace certain Doe defendants with the names of the actual defendants. In light of this, the parties conferred on how to most efficiently proceed. While the parties acknowledge that the suggested dates give each side more time than normal, they request the dates above because the issues are complex, and because counsel for both parties have scheduling conflicts and scheduled off island travel, and each side has agreed to make certain accommodations to provide for an orderly briefing of the motion.

Respectfully submitted this 6th day of August.

**CIVILLE & TANG, PLLC**

By:   */s/ G. Patrick Civille*
     **G. PATRICK CIVILLE**
     *Attorney for Defendants James Gillan, Rosanna Robago, and M. Thomas Nadeau*

**THOMPSON THOMPSON & ALCANTRA, P.C.**

By:   */s/ Mitchell F. Thompson*
     **MITCHELL F. THOMPSON**
     *Attorney for Plaintiff*

**LAW OFFICES OF BENJAMIN ABRAMS**

By:   */s/ Benjamin Abrams*
     **BENJAMIN ABRAMS**
     *Pro Se Defendant*