# IN THE DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| JOEL JOSEPH,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN ABRAMS, JAMES GILLAN, ROSANNA RABAGO, M. THOMAS NADEAU, and DOES I through L,[1]<br><br>    Defendants. | Case No.: 14-cv-00005<br><br>**ORDER ON JOINT MOTION REGARDING MOTION TO FILE SECOND AMENDED COMPLAINT** |

Before the Court is the parties' joint motion regarding Plaintiff's motion to file a second amended complaint. (ECF No. 102.)

The Court GRANTS IN PART the motion and sets the deadlines as follows:

1. On or before **October 12, 2018**, Plaintiff shall file a motion to file a second amended complaint.

2. On or before **November 16, 2018**, Defendants shall file a response to Plaintiff's motion to amend.

3. On or before **November 30, 2018**, Plaintiff may file a reply in support of the motion to amend.

---

[1] The case caption has been amended to reflect the correct spelling of Defendant Gillan's name and that David Highsmith was dismissed with prejudice upon the stipulation of the parties. (*See* ECF Nos. 71, 80, 81.)

1

4. A hearing on the motion to file a second amended complaint is set for **Wednesday, December 12, 2018, at 1:00 p.m.**

        **SO ORDERED** on August 7, 2018.

_____
RAMONA V. MANGLONA, Designated Judge