| | |
|---|---|
| 1 | **LUJAN & WOLFF, LLP** |
| | DNA Building, Suite 300 |
| 2 | 238 Archbishop Flores Street |
| | Hagåtña, Guam 96910 |
| 3 | Telephone: (671) 477-8064 |
| 4 | Co-counsel for Plaintiff |
| 5 | |
| 6 | **THOMPSON THOMPSON & ALCANTARA, P.C.** |
| | 238 Archbishop Flores Street, Suite 801 |
| | Hagåtña, Guam 96910 |
| 7 | Telephone: (671) 472-2089 |
| | Facsimile: (671) 477-5206 |
| 8 | |
| | Co-counsel for Plaintiff |
| 9 | |

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| JOEL JOSEPH, D.V.M., | ) | **CIVIL CASE NO. CV14-00005** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BENJAMIN ABRAMS, JAMES GILLAN, | ) | |
| ROSANNA RABAGO, M. THOMAS | ) | |
| NADEAU, AND DOES I THROUGH L, | ) | |
| | ) | |
| Defendants. | ) | |

I, **MITCHELL F. THOMPSON**, hereby certify that I have caused a copy of **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**, filed in the above matter on

| | |
|---|---|
| 1 | October 12, 2018, to be served upon the following persons via e-service using the CM/ECF |
| 2 | system on October 12, 2018: |
| 3 | |
| 4 | Benjamin M. Abrams: bmalaw@gmail.com; |
| 5 | babrams@balisafeharbor.com |
| 6 | G. Patrick Civille: pciville@civilletang.com; |
| 7 | vtorres@civilletang.com |
| 8 | David J. Lujan djl@lawguam.com; |
| | dslwolff@lawguam.com; |
| 9 | grudolph@lawguam.com |
| 12 | Dated: October 12, 2018    By:    /s/ MITCHELL F. THOMPSON    |
| | **MITCHELL F. THOMPSON** |

P183251.MFT