# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**NOTICE**

Joel Joseph, D.V.M.,

v.

Benjamin Abrams, et al.   CASE   CV-14-00005

TYPE OF CASE:

X  **CIVIL**    ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Motion for Leave to Amend Complaint**

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 3rd Floor Courtroom, U.S. Courthouse<br><br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | December 12, 2018 at 1:00 p.m. | December 13, 2018 at 1:00 p.m. |

JEANNE G. QUINATA
CLERK OF COURT

November 5, 2018              /s/ Francine A. Diaz
DATE                          (BY) DEPUTY CLERK