**BENJAMIN M. ABRAMS,** *pro se*
No. 12, Jl. Gunung Payung, Desa Kutuh
Ungasan, BALI 80361, Indonesia
Tel. +62-811/399-4499
Email: babrams@balisafeharbor.com

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| JOEL JOSEPH, D.V.M., | ) | |
| | ) | CIVIL ACTION NO. 14-00005 |
| Plaintiff, | ) | |
| | ) | |
| | ) | **DEFENDANT** |
| vs. | ) | **BENJAMIN M. ABRAMS'** |
| | ) | **MOTION FOR LEAVE TO** |
| BENJAMIN ABRAMS; JAMES | ) | **APPEAR AT STATUS** |
| GILLIAN; ROSANNA RABAGO; M. | ) | **CONFERENCE** |
| THOMAS NADEAU; and DOE | ) | **TELEPHONICALLY** |
| DEFENDANTS I-L, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Benjamin Abrams, who appears *pro se*, moves the Court *ex parte* for leave to appear at the Status Conference set for Thursday, December 13, 2018 at 1 o'clock p.m. telephonically or via other electronic means (e.g., SKYPE). As grounds, defendant submits that he lives on Bali, Indonesia. Defendant further represents that after providing the Parties with a copy of this Motion on 8 November 2018, no other Party objects to Defendant being allowed to appear by telephone or other electronic means. Defendant previously appeared by telephone at a Status Conference hearing on 7 September 2018, without objection by the other Parties.

Dated, 13 November 2018

*[signature]*

**BENJAMIN M. ABRAMS,** *Pro Se*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~