BENJAMIN M. ABRAMS, *pro se*
No. 12, Jl. Gunung Payung, Desa Kutuh
Ungasan, BALI 80361, Indonesia
Tel. +62-811/399-4499
Email: babrams@balisafeharbor.com

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOEL JOSEPH, D.V.M., | ) |
| | ) CIVIL ACTION NO. 14-00005 |
| Plaintiff, | ) |
| | ) |
| | ) **DEFENDANT** |
| vs. | ) **BENJAMIN M. ABRAMS'** |
| | ) **CONCURRENCE WITH AND** |
| BENJAMIN ABRAMS; JAMES | ) **ADOPTION OF DPHSS** |
| GILLIAN; ROSANNA RABAGO; M. | ) **DEFENDANTS' OPPOSITION** |
| THOMAS NADEAU; and DOE | ) **TO PLAINTIFF'S MOTION** |
| DEFENDANTS I-L, | ) **FOR LEAVE TO AMEND** |
| | ) **COMPLAINT** |
| Defendants. | ) |

Defendant Benjamin M. Abrams concurs in and adopts the reasoning and arguments contained in DPHSS DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF 108) filed November 16, 2018, and objects to plaintiff's proposed Second Amended Complaint for the reasons stated therein.

Dated, 16 November 2018

**/s/ Benjamin M. Abrams**
**BENJAMIN M. ABRAMS,** *Pro Se*