**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-14-00005     DATE: August 29, 2019
CAPTION: Joseph v. Abrams

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz Hearing Times: 9:28-9:38
CSO: None Present

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mitchell Thompson | G. Patrick Civllle (tc) |

**PROCEEDINGS: Status Conference**
- Court and the parties discussed dates.
- Trial scheduled for April 20, 2020 at 10:00 a.m.
- Scheduling Order to be issued.

NOTES: