# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOEL JOSEPH,<br><br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN ABRAMS, JAMES GILLAN, ROSANNA RABAGO, M. THOMAS NADEAU, and DOES I through L,<br><br>    Defendants. | CIVIL CASE NO. 14-00005<br><br>**ORDER ASSIGNING<br>MAGISTRATE JUDGE KENNEDY<br>FOR<br>SETTLEMENT CONFERENCE** |

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, "a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying (1) the emergency by reason of which the magistrate judge is being transferred, (2) the duration of his or her assignment, and (3) the duties he or she is authorized to perform."

This Court finds that an emergency necessitates the assignment of this case to Magistrate Judge Heather L. Kennedy of the District Court for the Northern Mariana Islands for the limited purpose of presiding over a settlement conference. Magistrate Judge Bordallo presided over related cases at the

1

Superior Court of Guam and the Court is unable to find an alternate judge to hold a settlement conference in this matter. Magistrate Judge Kennedy's assignment shall continue until the settlement conference is concluded and she is authorized to perform all necessary duties related to settlement.

IT IS SO ORDERED this 5th day of May, 2020.

_____
FRANCES M. TYDINGCO-GATEWOOD,
Chief Judge, District of Guam

_____
RAMONA V. MANGLONA
Chief Judge, District for the Northern Mariana Islands