**THOMPSON THOMPSON & ALCANTARA, P.C.**
238 Archbishop Flores Street, Suite 801
Hagåtña, Guam 96910
Telephone: (671) 472-2089
Facsimile: (671) 477-5206

Attorneys for Plaintiff Joel Joseph, D.V.M.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JOEL JOSEPH, D.V.M., | CIVIL CASE NO. CV14-00005 |
| Plaintiff, | PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO: (1) DEFENDANTS' AFFIRMATIVE DEFENSES; (2) SUPERSEDING CAUSE; AND (3) DEFENDANT ABRAMS' AFFIRMATIVE DEFENSES DUE PROCESS CLAIM |
| vs. | |
| BENJAMIN ABRAMS, JAMES GILLAN, ROSANNA RABAGO, M. THOMAS NADEAU, AND DOES I THROUGH XX, | |
| Defendants. | [FRCP Rule 50(a)] |

Plaintiff Dr. Joel Joseph, D.V.M. ("Dr. Joseph") hereby moves the Court for Judgment as a Matter of Law as to the following issues: (1) DPHSS Defendants' Affirmative Defenses; (2) Superseding Cause; and (3) Defendant Abrams' Affirmative Defenses to Dr. Joseph's Due Process claim, pursuant to Rule 50(a) of the FEDERAL RULES OF CIVIL PROCEDURE (hereinafter the "Motion").

As set forth more fully in the accompanying memorandum of points and authorities, there is insufficient evidence to support the affirmative defenses of the DPHSS Defendants related to advice of counsel and qualified immunity. Further there is

insufficient evidence to support Defendants' claims as to superseding cause of certain court orders. Finally, there is insufficient evidence to support Defendant Abrams' affirmative defense to Dr. Joseph's Due Process claim.

Based on the foregoing, the Court should grant Dr. Joseph's Motion and enter judgment as a matter of law in his favor and against Defendants on these issues.

Respectfully submitted this 2nd day of August, 2021.

**THOMPSON THOMPSON & ALCANTARA, P.C.**
Attorneys for Plaintiff Joel Joseph, D.V.M.


By:/s/ MITCHELL F. THOMPSON
    **MITCHELL F. THOMPSON**

P213121.MFT